# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America** <br> v. <br> **Gustavo HERRERA-GOMEZ** <br> DOB: xx/xx/1988; <br> Mexican Citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO. <br> **11-05559M** |

Complaint for violation of Title 18 United States Code § 111

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about September 18, 2011, at or near Tucson, in the District of Arizona, **Gustavo HERRERA-GOMEZ** intentionally and forcibly assaulted Border Patrol Agent, Robert Stewart, an Officer of the United States engaged in the performance of his official duties, with the act involving physical contact with Officer Stewart, in violation of Title 18, United States Code, Section 111.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On September 18, 2011, at or near Tucson, Arizona, in the District of Arizona, Border Patrol Agent Robert Stewart was contacted by Tucson Police Department in reference to Gustavo HERRERA-GOMEZ who they suspected as being an undocumented alien. Agent Stewart interviewed HERRERA-GOMEZ, who admitted to being in the U.S. illegally. He was placed under arrest. As he was being placed in Agent Stewart's vehicle, another detainee escaped, causing Agent Stewart to let go of HERRERA-GOMEZ. HERRERA-GOMEZ then jumped on top of Agent Stewart and tried to get his arm around Agent's Stewart's neck. Another agent assisted in getting HERRERA-GOMEZ off of Agent Stewart. Raul Renteria-Perez, an alien who had been detained, witnessed the assault. Border Patrol Agent Robert Stewart is an officer of the United States who was engaged in the performance of his official duties at the time.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**
Raul Renteria-Perez

| Recommend Detention | SIGNATURE OF COMPLAINANT <br> (official title) |
|---|---|
| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. <br> DeMarais/jmm | OFFICIAL TITLE <br> BPA |
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE <br> September 19, 2011 |

[1] See Federal rules of Criminal Procedure Rules 3 and 54